FILED
HARRISBURG, PA

APR - 3 2008

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES OF AMERICA,

        PLAINTIFF,

V.

DWAYNE LEROY WATKINS,

        DEFENDANT.

DOCKET NO.: 1:CR-01-091-001

MOTION FOR RE-SENTENCING
PURSUANT TO 18 U.S.C. §3582(c)(2)

NOW COMES, the defendant, Dwayne Leroy Watkins, pro se for the
purpose of the instant motion, to beg that this Honorable Court
grant the relief herein sought, and/or whatever such relief as
it deems just and appropriate.

Defendant maintains that, pursuant to 18 U.S.C. §3582(c)(2), and
(c)(1)(A), relative to 18 U.S.C. §3553(a), this Honorable Court
has the authority to exercise its discretion in the instant motion
for relief.

FURTHER, whereas the U.S. Sentencing Commission, at its December 11,
2007, hearing, moved to make retroactive its earlier, November 1,
2007, amendment to its "crack cocaine" sentencing policy within the
scope and framework of the Sentencing Guidelines, defendant begs
that this Honorable Court move to grant the relief sought herein
by applying the revised and appropriate level for the crime in
which he has been convicted of.

Defendant, Dwayne Leroy Watkins, having been sentenced by this
Honorable Court, April 19, 2002, to a term of imprisonment of 106
months, with 5-years supervised release, following a plea of guilty
to violation of 21 U.S.C. §841(A)(1), Distribution and Possession
with Intent to Distribute in Excess of 50 Grams of Cocaine Base,

now prays that this Honorable court considers the revised and retroactive sentencing amendments set forth by the U.S. Sentencing Commission, making them applicable to the instant motion for relief insomuch as his sentence of 106 months rests upon a sentencing scheme which, subsequently, has been reduced by two levels resulting in an entirely different period of incarceration.

Defendant also offers for consideration the U.S. Supreme Court's rulings in <u>Kimbrough</u> and <u>Gall</u>, both of which, to some degree, may also serve to aid the Court in its consideration and application of the Sentencing Commission's amendment.  It is prayed by defendant that this Honorable Court will consider all of the above as well as the fact that, throughout the proceedings and his subsequent incarceration, defendant has been forthright in acceptance of his responsibility, and diligent in all manner indicative of this Court's favorable granting of the relief herein moved for.

WHEREFORE, defendant, Dwayne Leroy Watkins, begs that this Honorable Court review the record and consider the instant Motion for Re-Sentencing Pursuant to 18 U.S.C. §3582(c)(2), and grant the relief herein prayed for, and/or whatever such relief as this Honorable Court deems just and appropriate.

Respectfully submitted,


Dwayne Leroy Watkins, defendant.

FILED
HARRISBURG, PA

APR - 3 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

              PLAINTIFF,

V.

DWAYNE LEROY WATKINS,

              DEFENDANT.

DOCKET NO.: 1:CR-01-091-001

MOTION FOR ASSIGNMENT OF COUNSEL

## AFFIRMATION AND CERTIFICATION IN SUPPORT
## OF MOTION FOR ASSIGNMENT OF COUNSEL

NOW COMES, the defendant, Dwayne Leroy Watkins, to respectfully move this Honorable Court to assign counsel to assist defendant in moving for a Motion for Re-Sentencing Pursuant to 18 U.S.C. §3582(c)(2), for the following:

1. Defendant previously has been deemed indigent, and appointed counsel, by this Honorable Court, and submits that his financial condition has only worsened since his incarceration;

2. Defendant is not an attorney, nor is he astute in the law;

3. With the U.S. Supreme Court's rulings in **Kimbrough** and **Gall**, giving this Honorable Court jurisdiction and authority to grant further relief, questions arise as to their applicability which necessitates counsel;

4. Clarity is needed with regard to the U.S. Sentencing Commission's amendment and, subsequent, retroactive apllication of "crack cocaine" sentencing policy; and,

5. To preserve any rights the defendant may have in putting
   forth a proper and effective argument by which this Honorable
   Court can infer that adequate and just relief be granted to
   defendant, exercising its discretion and authority.

WHEREFORE, for the foregoing reasons, defendant, Dwayne Leroy
Watkins, prays that this Honorable Court grant the relief herein
sought, and/or whatever such relief as it deems just and appropriate.

Pursuant to 28 U.S.C. §1746, defendant, Dwayne Leroy Watkins, hereby
certifies and states, under penalty of perjury, that the foregoing
is true and correct to the best of his knowledge.

Respectfully submitted,

Dated: 4/1/08

Dwayne Leroy Watkins,
defendant.

## CERTIFICATE OF SERVICE

I, Dwayne Leroy Watkins, defendant, do hereby certify that on
this ___ day of April, 2008, under penalty of perjury, I have
deposited into the U.S. Mailbox, located at Federal Correctional
Institution Camp, P.O. Box 2000, Fort Dix, New Jersey, 08640,
true copies of the instant Motion for Re-Sentencing Pursuant to
U.S.C. §3582(c)(2), and Motion for Assignment of Counsel, to be
delivered to the following:

    The Honorable Judge Kane                                1 copy
    U.S. District Court Judge
    Middle District of Pennsylvania
    Federal Building
    228 Walnut Street
    Harrisburg, PA 17101

    Clerk of the Court                                      1 copy
    U.S. District Court
    Middle District of Pennsylvania
    Federal Building
    228 Walnut Street
    Harrisburg, PA 17101

    U.S. Attorney's Office                             1 copy
    Federal Building, 2nd Floor
    228 Walnut Street
    Harrisburg, PA 17101

Dated: _____                _____

                                       Dwayne Leroy Watkins, defendant.
                                       10631-067
                                       Federal Correctional Institution
                                       Camp/P.O. Box 2000
                                       Fort Dix, NJ 08640



USA FIRST CLASS FOREVER

TRENTON NJ 086

DWAYNE LEROY WATKINS
10631-067
FEDERAL CORRECTIONAL INSTITUTION
CAMP/P.O. BOX 2000
FORT DIX, NJ 08640

CLERK OF THE COURT
U.S DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING
228 WALNUT STREET
HARRISBURG, PA 17101

171C1E1720