IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01 CR-00091 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| DWAYNE LEROY WATKINS | : | (Electronically Filed) |
| | : | |

**CERTIFICATE OF CONCURRENCE**

I, Thomas A. Thornton, the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Christy H. Fawcett concurs on behalf of the government in the foregoing Motion to Withdraw as Counsel in Proceedings Related to the Crack Cocaine Amendment.

Date:  April 15, 2008

*/s/ Thomas A. Thornton, Esquire*
THOMAS A. THORNTON, ESQUIRE
Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<thomas_thornton@fd.org>
*Attorney for Dwayne Leroy Watkins*